**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **GABRIEL ALEXANDER MELENDEZ OVIEDO,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **No. CIV-26-2131-SLP** |
| **CHRIS GANTT, et al.,** | ) | |
| **Respondents.** | ) | |

## ORDER TO CURE

Petitioner has filed a petition for writ of habeas corpus. He has not paid the $5.00 filing fee or submitted a motion to proceed in forma pauperis (IFP). The Court **ORDERS** Petitioner to cure this deficiency **on or before September 10, 2026**.

Failure to comply with this Order may result in the dismissal of this action. The Court directs the Clerk of Court to send Petitioner the forms necessary to comply with this order.

**SO ORDERED** this 20th day of August, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE