**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **GABRIEL ALEXANDER MELENDEZ OVIEDO,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2131-SLP** |
| | ) | |
| **CHRIS GANTT, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Respondents have stated to the Court that Petitioner "was ordered to depart [the United States] by November 6, 2026." Doc. 13, at 2. The Court **ORDERS** Respondents to update the Court on the status of Petitioner's detention and/or departure from the United States by November 17, 2026.[1]

**SO ORDERED** this 12th day of November, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

[1] Although an Immigration Judge ordered Petitioner to depart by November 6, 2026, Respondents state he "has been scheduled for departure from the U.S. beginning on November 16, 2026." Doc. 13, at 2.