**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **GABRIEL ALEXANDER MELENDEZ OVIEDO,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-2131-SLP** |
| **CHRIS GANTT, et al.,** | ) | |
| **Respondents.** | ) | |

**ORDER**

Respondents have notified the Court that they moved Petitioner to a "staging hub" in Dallas, Texas on November 16, 2026, for removal to Venezuela. Doc. 15. They state they conduct "weekly removal flights" to Venezuela via charter. *Id.* at 2.

The Court **ORDERS** Respondents to update the Court on the status of Petitioner's removal from the United States to Venezuela **by November 30, 2026**. If they have not yet removed Petitioner, the Court ORDERS Respondents to provide **weekly updates** to the Court on the status of Petitioner's removal or continued detention.

**SO ORDERED** this 24th day of November, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE